NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CESAR A. CONTRERAS,          )
                             )
          Appellant,         )
                             )
v.                           )          Case No. 2D18-3317
                             )
STATE OF FLORIDA,            )
                             )
          Appellee.          )
_____)

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Joseph C. Fuller, Jr.,
Judge.

Cesar A. Contreras, pro se.

PER CURIAM.

Affirmed.  See Boler v. State, 678 So. 2d 319 (Fla. 1996); State v. Enmund, 476 So. 2d 165 (Fla. 1985); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Davis v. State, 590 So. 2d 1071 (Fla. 2d DCA 1991).

SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.